| | |
|---|---|
| 1 | Brian Hennessy (SBN 226721)<br>E-mail: BHennessy@perkinscoie.com |
| 2 | **Perkins Coie LLP**<br>101 Jefferson Drive |
| 3 | Menlo Park, CA 94025-1114<br>Telephone: (650) 838-4300 |
| 4 | Facsimile: (650) 838-4350 |
| 5 | Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)<br>E-mail: EMcDougall@perkinscoie.com |
| 6 | **Perkins Coie LLP**<br>1201 Third Avenue, Suite 4800 |
| 7 | Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000 |
| 8 | Facsimile: (206) 359-9000 |
| 9 | Attorneys for Plaintiff<br>craigslist, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Meyer, John Doe d/b/a Clbotpro.com and craigslistbotpro.com; and Does 3 through 25, inclusive,<br><br>Defendants. | Case No. CV 09-04739 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S MOTION FOR ADMINISTRATIVE RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered Plaintiff craigslist, Inc.'s Motion For Administrative Relief From The Order Setting Initial Case Management Conference, the supporting Memorandum of Points and Authorities, the supporting Declaration of LiLing Poh, and the files and records in this action, and finding good cause for the request:

IT IS HEREBY ORDERED that craigslist, Inc.'s request is granted. The Order Setting Initial Case Management Conference is hereby revised as follows:

1   (1)   October 15, 2010, is the last day to:

2      (a)   File the parties' Joint Case Management Statement and Federal Rule 26(f)
3            Report;

4      (b)   Complete Initial Disclosures or state objections to such disclosures in the
5            Rule 26(f) Report;

6      (c)   File either the Stipulation to ADR Process or Notice of Need for ADR
7            Phone Conference per Civil Local Rule 16-8(c) & ADR Local Rule 3-5(b)
8            & (c); and                                              October 26, 2010, at 2:30

9   (2)   The initial Case Management Conference shall be held ~~October 22, 2010 at 2:00~~
10  p.m.

12  Dated: _____    _____
                             Honorable Susan Illston

14  Presented by:
    **PERKINS COIE LLP**

15  By: /s/ Brian Hennessy
16      Brian Hennessy (SBN 226721)

17  Attorneys for Plaintiff craigslist, Inc.

-2-   CASE NO. CV 09-04739 SI
[PROPOSED] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S MOTION FOR ADMINISTRATIVE
RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
40753-0043/LEGAL18951910.1