IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGSLIST, INC., | No. C 09-4739 SI |
| Plaintiff, | **ORDER OF REFERRAL TO MAGISTRATE JUDGE** |
| v. | |
| CHRISTOPHER MEYER, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for a default judgment against defendant Christopher Meyer. The report and recommendation shall address, *inter alia*, whether this Court has personal jurisdiction over Meyer, a non-resident. *See Craigslist, Inc. v. Naturemarket, Inc.*, 694 F. Supp. 2d 1039, 1052-54 (N.D. Cal. 2010).

The February 11, 2011 hearing on plaintiff's motion is VACATED. The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: January 24, 2011

SUSAN ILLSTON
United States District Judge