| | |
|---|---|
| 1 | Brian Hennessy (SBN 226721) |
| 2 | E-mail: BHennessy@perkinscoie.com |
|   | **Perkins Coie LLP** |
| 3 | 3150 Porter Drive |
|   | Palo Alto, CA 94304 |
| 4 | Telephone: (650) 838-4300 |
|   | Facsimile: (650) 838-4350 |
| 5 | |
| 6 | Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*) |
|   | E-mail: EMcDougall@perkinscoie.com |
| 7 | **Perkins Coie LLP** |
|   | 1201 Third Avenue, Suite 4800 |
| 8 | Seattle, Washington 98101-3099 |
|   | Telephone: (206) 359-8000 |
| 9 | Facsimile: (206) 359-9000 |
| 10 | Attorneys for Plaintiff |
|    | craigslist, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Case No. CV 09-04739 SI (BZ) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S ADMINISTRATIVE MOTION TO WITHDRAW ATTACHMENT NUMBER 3 TO DOCKET ENTRY 67 PURSUANT TO LOCAL RULE 7-11** |
| Christopher Meyer, John Doe d/b/a Clbotpro.com and craigslistbotpro.com; and Does 3 through 25, inclusive, | |
| Defendants. | |

(Note: "[PROPOSED]" appears with strikethrough.)

The Court, having considered Plaintiff craigslist, Inc.'s Administrative Motion to Withdraw Attachment Number 3 to Docket Entry 67 Pursuant to Local Rule 7-11 ("Motion"), including the moving papers, the Declaration of LiLing Poh filed in support of the Motion, and the files and records in this action, and good cause having been shown, GRANTS the Motion.

Therefore, IT IS HEREBY ORDERED that: Attachment Number 3 to Docket Entry 67 be, and hereby is, withdrawn. **It remains on file electronically.**

Dated: _ March 15, 2011

_____
Judge Bernard Zimmerman

Presented by:
PERKINS COIE LLP

By: /s/ Elizabeth McDougall
    Elizabeth L. McDougall (WA Bar No. 27026)

Attorney for Plaintiff
craigslist, Inc.