Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Case No. CV 09 4739 SI (BZ) |
| Plaintiff, | [PROPOSED] **ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 AND 79-5 FOR LEAVE TO FILE DOCUMENT PARTIALLY UNDER SEAL** |
| v. | |
| Christopher Meyer, John Doe d/b/a Clbotpro.com and craigslistbotpro.com; and Does 3 through 25, inclusive, | |
| Defendants. | Judge:      Hon. Susan Illston |
| | Magistrate: Hon. Bernard Zimmerman |

1           Upon consideration of Plaintiff craigslist, Inc.'s ("craigslist") Administrative Request

2   Pursuant To Local Rule 7-11 and 79-5 for Leave to File Document Partially Under Seal

3   ("Request"), the supporting Declaration of Elizabeth McDougall, and the pleadings, records, and

4   papers on file herein, the Court finds that there are compelling reasons for granting craigslist's

5   Request.

6           Specifically, the Court finds that craigslist possesses overriding confidentiality interests

7   that overcome the right of public access to the identifying information redacted in the Declaration

8   of craigslist's Internet Investigator ("Declaration") and its accompanying exhibit, including

9   craigslist's ability to effectively conduct its ongoing investigations and the potential for

10   retribution against the investigator.  The Court finds that craigslist's proposed redactions are the

11   least restrictive means of protecting the Investigator's identification information.

12           IT IS THEREFORE ORDERED that craigslist's Request is GRANTED.

13           IT IS FURTHER ORDERED that the Clerk of the Court shall file under seal the

14   unredacted Declaration, keeping it from public inspection in accordance with the procedure set

15   forth in Local Rule 79-5(f). The Court shall further accept for filing the redacted version of the

16   Declaration, making it available for public inspection.

17

18   **IT IS SO ORDERED.**

19

20   Dated: ) ) /ฟฟ 2011               _____

21                          U.S. Magistrate Judge Bernard Zimmerman

22   Presented by:

23   PERKINS COIE LLP

24   By: /s/ Elizabeth McDougall
          Elizaeth L. McDougall (WA Bar No. 27026)

25   Attorney for Plaintiff
   craigslist, Inc.

26

27

28

[Proposed] ORDER GRANTING CRAIGSLIST'S ADMINISTRATIVE MOTION TO SEAL