**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC.,                                                    No. C 09-4739 SI

    Plaintiff,                                                            **JUDGMENT**

  v.

CHRISTOPHER MEYER, *et al.*,

    Defendants.
_____/

In accordance with the Order Adopting Report and Recommendation and Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment, judgment is hereby entered in favor of plaintiff craigslist and against defendant Christopher Meyer.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 18, 2011

                                                    SUSAN ILLSTON
                                                  United States District Judge